UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIELLE BITTON,

                       Plaintiff,

      -against-

NYCTA/MTA,

                       Defendants.
------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 19 2012 ★

**BROOKLYN OFFICE**

**CIVIL JUDGMENT**
12-CV-2686 (CBA)(LB)

      Pursuant to the order issued today by the undersigned dismissing the complaint, it is hereby

      **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any in forma pauperis appeal would not be taken in good faith.

/Signed by Judge Amon/
_____
Carol Bagley Amon
United States District Judge

Dated: Brooklyn, New York
       6/19     , 2012